**Danieray Johnsen, Vice-President**
Global Corrections Group
One Sun Plaza
100 Sun Avenue, N.E., Suite 650
Albuquerque, New Mexico 87109
E-mail: OJohnsen@GlobalCorrectionsGroup.com
Phone: (505) 702-4093

**EDUCATION:**
Troy State University, Bachelor's Degree, Criminal Justice, 1992

**RELEVANT WORK EXPERIENCE:**
Mr. Danieray Johnsen joined the Global Corrections Group in January of 2013, one of the original three founders of the company, and currently serves as the Vice President for Business Development of the Board of Directors. Mr. Johnsen is an experienced Security Subject Matter Expert, having served many years as a sub-contractor for the Office of the Federal Detention Trustee to conduct Quality Assurance Review (QAR) audits of private jails and Intergovernmental Agencies (IGA's) throughout the United States.

2013 – Present – Global Corrections Group – Founder and Vice-President

2008 - 2012 - Office of Federal Detention (OFDT), Contractor- Security Subject Matter Expert (SME) Creative Corrections, LLC, Beaumont, TX
- Ensured compliance for facilities housing Federal Detainees, met initial and reoccurring safety and security compliance standards as set forth by the Federal Government.
- Oversight of accreditation process involved strict adherence to the OFDT Federal Performance Based Detention Standards, the United States Marshall Services, and the American Correctional Association.
- Conducted reviews in New Mexico, Arizona and Texas involving meticulous oversight of and compliance with policies, procedures, operational continuity, safety and security of staff and inmates.
- Successfully addressed/corrected key compliance areas, including, but not limited to use of force; emergency readiness; security inspections, supervising special management detainees, post orders, accountability of tools and equipment control, weapons accountability, perimeter security, front and rear entrance procedures, inmate transportation and detainee accountability.

2004 - Present - Walgreens, District Manager Loss Prevention/Compliance
(24 Stores), Albuquerque, New Mexico
- Supervise 24-stores, monitoring store and pharmacy compliance audits to ensure compliance with State and Federal Pharmaceutical Dispensing Regulations.
- Provide management training for staff in Loss Prevention/Compliance

- Identify, target and eliminate operational and/or training profitability concerns to minimize loss.

2003 - 2009 - Geo Group, Regional Correctional Center Activation & OFDT Consultant, Albuquerque, New Mexico
- Developed and reviewed policies and procedures for emergency plans, post orders, inmate accountability, tool and equipment control, and new-hire security staff training in accordance with the OFDT Federal Performance Based Detention Standards.
- Facility ACHIEVEMENT, 2004, Granted OFDT Certification.

1998 - 2001 - Federal Bureau of Prisons Emergency Preparedness-Intelligence Lieutenant, United States Penitentiary, Beaumont, TX. (Medically Retired.)
- Responsible for new, 1500 bed, high security Federal Penitentiary, developed Post Orders for 150 Security Officers.
- Assisted in developing facility emergency plans in accordance with American Correctional Association standards.
- Developed policies and procedures associated with training, tool control, special inmate management, special operations response and disturbance control training.
- ACHIEVEMENT - Facility awarded Outstanding Program Review and Accreditation from the American Correctional Association.

1995 -1998 - Federal Bureau of Prisons Administrative Lieutenant, ADX Florence, CO
- Responsible for a new, 400 bed "Super Max" high security Federal Penitentiary. Assisted in development of Orders for 180 Security Officers.
- Assisted in developing facility emergency plans in accordance with American Correctional Association standards.
- Developed policies and procedures associated with training, tool control, special inmate management, special operations training, transporting super-max inmates and disturbance control training.

- Achievement - Facility went achieved an Outstanding Program Review from American Correctional Association accreditation.

1991 -1995 - Federal Bureau of Prisons Activation 50S, United States Penitentiary, Florence, CO
- First activation of a new facility - 1200 bed, high security Federal Penitentiary. Assisted in creation and development of Post Orders for 120 Security Officers.
- Assisted in developing Facility Emergency Plans in accordance with American Correctional Association standards.
- Developed policies and procedures associated with training, tool control, special inmate management, special operations training and disturbance control training.
- Achievement - Within Eighteen (18) months, facility went on to achieve an Outstanding Program Review from the American Correctional Association.

1990 - 19991 - Federal Bureau of Prisons Senior Officer, FPC Maxwell Air Force Base, Montgomery, AL , Correctional Officer

- Supervised inmates in their living quarters.

1978 -1990 - United States Air Force, Law Enforcement - Technical Sergeant
Various assignments
- Supervised criminal investigations, training, shift supervisor, regional traffic accident investigator, desk sergeant and patrolman.
- Reviewed and helped develop emergency war and anti-terrorist plans.
- Achievement-- Received Peacekeeper Challenge competition awards in the Peacekeeper Challenge for 1986,1987,1988, and 1990.

**Winston E. Dixon, Contracting Operations**
Global Corrections Group
5616 Equestrian Court
Granbury, Texas 76049
Phone: (817) 932-2627
E-mail: wdixon564@gmail.com

**EDUCATION:**
Columbia College, SC, B.A. in Business/General Studies, 2000

**RELEVANT WORK EXPERIENCE:**
Mr. Dixon has extensive experience in the federal contracting arena.  During his 25 year career in the Bureau of Prisons, he was an Institution Contract Specialist, Regional Contract Specialist, Regional Chief of Procurement, and Chief of The Field Acquisition Office, a national contracting office.

2006 - Present  -  President of Select Acquisitions, Inc. (SA) a federal contracting consulting company; and President of American Correctional Healthcare, Inc. (ACH) a correctional healthcare company.  Also, currently working with Global Corrections Group to obtain and manage contracts.
- Overall responsible for all facets of operations at ACH and SA  to include business development, writing proposals, and administering federal contracts . Also, responsible for supervising staff in the daily business of operating a company, advertising, accounting, budgeting, conflict resolution, etc.
- Assisting other companies understand the contracting process and advising them in a matters of pre and post contracting operations.
- See selectacquisitions.com and achmedical.com for more information.

2002 - 2006 - Chief, Field Acquisition Office, Bureau of Prisons, Grand Prairie, Texas

- Responsible for the entire operation that included the writing of all standard operating procedures, programs, hiring and training the staff, activating the program, and managing it for 4 years.

- Supervising a staff of 45, and providing oversight to 250 additional contracting staff at the BOP institutions in all aspects and types of contracts exceeding $100,000.00.
- Provided general and specialized procurement oversight and assistance to 100+ BOP Institutions to include auditing their programs, reviewing samples of their procurements and operations. We conducted over 100 program reviews each year. Also, managed their FOIA Requests, contracting warrants, procurement justifications, resolved contracting disputes, training needs, etc.
- Provided training, and serving as a national instructor in all aspects of procurement and team building.

1999 - 2002 - Controller, Bureau of Prisons, Federal Medical Center, Fort Worth, Texas
- Overall responsible for the financial management of this prison and an annual budget of $40 million dollars.
- Supervised 28 staff located in accounting, budgeting, contracting, trust fund operations, warehousing, and laundry.

1988 - 1999 - Contract Specialist (4 years) and Regional Chief of Procurement (7 years) at the Bureau of Prisons, South Central Regional Office, Dallas, Texas
- Responsible for establishing contracts for 18 prisons in the South Central Region.
- Provided oversight to 60 additional contracting staff at the BOP institutions in all aspects procurement and types of contracts.
- Provided general and specialized procurement oversight and assistance to the contract specialists in the region that included auditing their programs, reviewing samples of their procurements and operations. We conducted over 20 program reviews each year. Also, managed their FOIA Requests, contracting warrants, procurement justifications, resolved contracting disputes, training needs, etc.
- Providing training, and serving as an instructor in all aspects of procurement.

1986 – 1988 – Contract Specialist, Bureau of Prisons, FCI Memphis, Tenn.
- Performed as a buyer for the correctional facility procuring all products and services needed at the institution under small purchasing procedures (under $100,000).
- Completed numerous contracts for non-personal services and did some construction contracts.

1981- 1988  - Recreation Specialist (2 years), Warehouse and Commissary Foreman (5 years), Bureau of Prisons, FCI Memphis, TN
- In recreation, provided programs to keep the inmates constructively involved to ensure the orderly running of the institution.
- As Warehouse and Commissary Foreman, purchased all needed supplies for the commissary and managed that operation from top to bottom.
- Received all products at the warehouse managing the flow of paperwork and ensuring the timely distribution of items to Cost Center Managers, and working with accounting to ensure proper payments.

**Marsha K. Hardeman, J.D., M.A.P.A., A.B.**
Manager
Global Corrections Group
One Sun Plaza
100 Sun Avenue, N.E., Suite 650
Albuquerque, New Mexico 87109
E-mail: MHardeman@GlobalCorrectionsGroup.com
Phone: (505) 835-6720

**EDUCATION:**
University of New Mexico School of Law, Juris Doctor, 1977
University of New Mexico, Master of Arts in Public Administration, 1977
(Joint Degree Program)
Indiana University - Double Major: A.B., Sociology and Psychology

**RELEVANT WORK EXPERIENCE:**
Ms. Marsha K. Hardeman joined the Global Corrections Group in January of 2014, and serves as the Administrative Manager. As a Consultant/Trainer and Educator, Hardeman has owned and operated her own Professional Personnel Management Training/Consulting practice, for over 21 years, developed to assist employers in the development of managers and supervisors, educated employers/groups on major legal liability issues and Maintenance of Effort (M.O.E.) and de-escalation training for state and local law enforcement agencies.

Hardeman has presented management training and education for organizational staffs to maximize the effective productivity of professionals and managers responsible for the actualization of the goals and mission of the employer. Experienced in Human Resources Management and Personnel Policies and governmental regulatory compliance, Hardeman has also served as an Administrative Hearing Officer and Administrative Law litigator in the public sector. With over 14 years of experience in higher education, Hardeman has taught at the Bachelor's and Master's level degreed programs for both State and private college and University institutions. Additionally, serving as the Program Director for a Paralegal Studies curriculum, a teacher for Criminal Justice and Paralegal Studies, Hardeman has combined her workplace experience, educational background and consulting insights to prepare and equip employees for professionalism and proficient productivity in the work environment for both public and private sector employers.

2014 – Present – Global Corrections Group – Administrative Manager

1987 - Present - IMAGES, Ltd. - Trainer/Consultant, Albuquerque/Rio Rancho, New Mexico
- Provide Training and Consulting services for public and private sector employers, including federal, state and local government agencies, universities and colleges, corporations, non-profits, large and small employers, to address workplace equity, legal liabilities and conflict resolution in the areas of Cultural Diversity, Equal Employment and Affirmative Action issues.
- Develop organizational strategies for implementation of Human Resources policies, education on all Title VII and EEO areas of legal liability, including race, gender, age,

disability, sexual harassment, religion and other matters of potential liability or protection of rights and responsibilities in the workplace.
- Trainer in Employment Law/EEO/Affirmative Action/Cultural Diversity for Public and Private sector organizations.
- Develop management/supervisory training for identified needs of the Employer
- Provide consulting services, recommendations and strategic action plans for correction of violations in the workplace and applications to minimize civil rights violations and legal liability in the work environment, including issues re: Sexual Harassment, Americans with Disabilities Act, Title VII (Discrimination) Compliance and Workers Compensation issues.
- Presided as Administrative Grievance Officer in workplace litigation actions.
- Developed Equal Employment Opportunity and Affirmative Action Plans
- Review and develop Organizational Development strategic plans. Assist in implementation within the employer organization.

*Complete client list and/or list of Consulting services available.*

2007 - Present - University of New Mexico, Adjunct Professor
- Instructor for courses offered in History, Africana Studies, Women's Studies -- various courses (Curriculum vitae available upon request).
- 'Outstanding Lecturer' nominations in both On-Ground and Online teaching environments, University of New Mexico, 2011, 2012, and 2013 by student nominations.

2009 - 2014 - Brookline College, Program Director, Paralegal Studies
- Managed faculty and staff for Paralegal Studies Program
- Instructor for courses offered in Paralegal Studies, Criminal Justice, Business and General Education -- various courses (Curriculum vitae available upon request).
- Responsible for Faculty Development, execution of faculty contracts and salary administration.
- Administrative responsibility for all accreditation compliance for the Paralegal Studies Program
- Counseled and developed student curriculum guidelines, including Paralegal Externships.
- Developed contract sites for Extern experiences with businesses (law firms, courts, city, local and state government, etc.)
- Awarded 'FACULTY of the YEAR' Award/Recognition, 2010, representing all Campuses of Brookline College
- Outstanding Lecturer' nominations in both On-Ground and Online teaching environments, University of New Mexico, 2011, 2012, and 2013 by student nominations.

1998 - 2009 - University of Phoenix, Campus College Chair, Graduate School of Business and Management I Faculty I Regional CCC
- Managed faculty and staff for Graduate School of Business and Management (GBAM)
- Instructor for courses offered in GBAM and Undergrad Business curriculum in Business and General Education -- various courses (Curriculum vitae available upon request).
- Responsible for Faculty Development, execution of faculty contracts and salary

administration.
- Administrative responsibility for all accreditation compliance for the GBAM Program for New Mexico
- Counseled and developed student curriculum guidelines.
- Awarded 'Outstanding Employee' Award/Recognition, 2001
- Assisted in development of new campuses for Univ. of Phoenix in St. Louis, Mo., Dallas and Houston, Tx., and Little Rock, Ark. for both onground and online teaching environments.

1994 -1998 - City of Albuquerque, Director, Albuquerque Convention Center
- Managed six departmental Divisions, a staff of over 130 professionals, managers, supervisors, paraprofessionals and blue collar workers (skilled and unskilled), implemented and monitored all city and departmental policies and regulatory compliance for personnel, fiscal compliance, Risk Management and legal liability.
- Administered a $3.4 million budget, developed annual budgets, presented to Mayor and City Council officials for approval and compliance with all City Ordinances and State and Federal regulatory guidelines governing fiscal responsibilities and fiduciary obligations.
- Developed first years as a Profit Center for the Albuquerque Convention Center, within the City of Albuquerque's 25 year history of the facility.
- Managed Task Forces and Implementation Teams, training and education for sub-contractors and service providers (Over 90 vendors)
- Ensured highest level of Customer Service provided to over 1.2 million visitors each year.
- Awarded the Baldridge Award for Customer Service by 'Quality New Mexico,' 1995-96

(1987 -1994) IMAGES, Ltd. - Consultant/Training Business (as noted above.)

1983 - 1987 - City of Albuquerque, Director of Department of Human Services
- Managed five Human Services Divisions, a staff of over 110 professionals and paraprofessionals, implemented and monitored all personnel policies and regulatory compliance.
- Administered a $6.4 million budget, developed annual budgets, presented to Mayor and City Council officials for approval and compliance with all City Ordinances and State and Federal regulatory guidelines governing fiscal responsibilities and fiduciary obligations.
- Administrative responsibility for Policy development and implementation of human services programs, federal grants and contracts
- Managed Task Forces and Implementation Teams, training and education.

1980 - 1982 - City of Albuquerque, Director of Personnel/Human Resources Department
- Managed five Personnel Divisions, a staff of over 60 professionals and paraprofessionals, implemented and monitored all personnel policies and regulatory compliance for over 8,000 City employees.
- Administered a $2.4 million budget, developed annual budgets, presented to Mayor and City Council officials for approval and compliance with all City Ordinances and State

and Federal regulatory guidelines governing fiscal responsibilities and fiduciary obligations.
- Administrative responsibility for Policy development and implementation of Equal Employment Opportunity and Affirmative Action policies for over 8,000 full-time employees.
- Managed Task Forces and Implementation Teams, training and education.
- Monitored implementation of City policies for all Human Resources matters, including applications of Equal Employment Opportunities, Affirmative Action, discipline, legal liability, administrative grievance administration.
- Oversight management of Personnel Board, coordinated work efforts and policies with Labor Board.
- Worked in tandem with City of Albuquerque Human Rights Board.
- Developed and implemented City policies re: EEO and Affirmative Action, including monitoring of initial policy applications in City departments.
- Developed and initiated Training Seminars presented for City and State of New Mexico in Sexual Harassment, Cultural Diversity/EEO/AA.


**Claudia Hill-Bickham**
4409 Huntchase Drive
Bowie, MD 20720
Mobile Phone: (301) 655-0625
Email: chillbickham@msn.com

**EDUCATION:**
Bachelor of Science in Psychology (minor in Education), Fisk University, Nashville, Tennessee
Additional Education/Training, Harvard School of Business: Courses in Leadership Develop and Organizational Change/ and Leadership Communication Strategies

**RELEVANT WORK EXPERIENCE:**
Ms. Hill-Bickham joined the Global Corrections Group in July of 2015 as a Project Manager/Leader for contractual audits. Ms. Hill-Bickham is an accomplished Senior Law Enforcement Manager with over 30 years law enforcement experience and a solid record of success with leading, program management and program execution for the Department of Justice. Recognized for outstanding performance at all levels in her career, Ms. Hill-Bickham possesses an established work ethic dedicated towards turning around underperforming operations, enhancing efficiencies, building coalitions among disparate operations and technical excellence.

Ms. Hill-Bickham's superior service record with the Department of Justice earned her numerous accolades and awards, including the 2008 Attorney General's Award for Excellence in Information Technology ($3,000.00 Cash Award), Multiple In-Grade STEP(s) for Superior Performance and Multiple Cash Awards exceeding for Superior Performance.

2013-Present - Independent Consultant – Washington, D.C.

2011 – 2013 - Specialist, Creative Corrections – Washington, D.C.
- Responsible for processing State Department documents for contract staff to receive training and travel to perform contract responsibilities outside the United States.
- Worked with various Embassy officials to obtain necessary documentation for international travel.
- Processed and monitored Creative Corrections contracts and staff performing work for the State Department in the Washington, D.C. area.
- Conducted exit interviews for contract staff upon terminations and/or resignations.
- Performed quality assurance monitoring for various reports prepared by Creative Corrections.

2000 – 2011 – Assistant Trustee, Detention Standards Compliance Division, Office of Federal Detention Trustee, United States Department of Justice
- Led development of Performance-Based Detention Standards used by United States Marshal Service housing pre- trial detainees in non-federal facilities.
- Developed standards by examining past review deviations, identifying critical performance-based areas and ensure resolution of critical areas.
- Managed division strategic goal progress and accomplishments.
- Analyzed, designed and integrated a detention service system. Oversaw and approved technical solutions and applications by working with program managers.
- Prepared and coordinated preparation of reports, briefings, conferences and training to promote broad understanding of detention services system.
- Served as a Contracting Officer's Technical Representative (COTR), supporting contracts totaling over $6 million.
- Monitored and administered contracts with full range of contract administration actions, including issuing contract modifications, negotiating changes, exercising options, investigating and resolving contractor delays, appraising contractor performance, contractor surveillance and disposing claims.
- Established and conduced technical evaluation boards.
- Received Special Recognition Award from the Deputy Attorney General for work on the National Repository Certification and Accreditation program and the Deputy Attorney General Award of Excellence in Information Technology.

1999 – 2001- Assistant Administrator, DC Offender Section, United States Department of Justice, Federal Bureau of Prisons
- Developed inter-agency partnerships with the District of Columbia (D.C.) Courts, United States Marshals Service, D.C. Department of Corrections, United States Parole Commission, D.C. Trustee's Office and the Federal Bureau of Prisons (FBOP) Regional Headquarters executive staff's to facilitate cooperation.
- Established working relationships and promoted free flowing reporting of offender information through these agencies to and from the FBOP.
- Managed and coordinated the transfer of 7000 D.C. offenders from the D.C. Department of Corrections into the Federal Bureau of Prisons.
- Ensured inmate housing objectives would be successful
- Assisted the Director of the B.O.P. in Congressional briefings and other political leadership on a vital transition and inmate housing plan.

1996 – 1999 - Assistant Administrator, Correspondence Branch/Policy Section, United States Department of Justice, Federal Bureau of Prisons
- Responsible for ensuring implementation of national policies and procedures to provide safe, secure institutional environment for inmates and staff.
- Developed inmate activities and programs designed to assist inmates upon release from incarceration.
- Coordinated with the Community Corrections and Detention Division and the Immigration Naturalization Service the reclassification and transfer of 30 long-term (management problem) detainees into the Bureau of Prisons from the Immigration and naturalization Service.
- Provided unit management policy, inmate programming and staff training.
- Coordinated and led Regional Directors, Chief Executive Officers (CEO) and Regional Administrators on National Prisoner Treaty Transfer Exchanges with foreign countries (e.g. Thailand, Poland, Spain, Panama, Italy, etc.).
- Led BOP Headquarters, Victim Witness Notification staff in establishing new administrative and monitoring procedures which assisted approximately 100 federal institutions with the Victim Witness Notification program. Improved from an unacceptable a good rating.
- Coordinated information with the Office of Legislative Affairs for briefings with Congressional Staffers, Representatives and the general public.

1994 – 1996 - Case Management Coordinator, (CMC), United States Penitentiary Administrative Maximum (ADX) - Florence, Colorado, United States Department of Justice, Federal Bureau of Prisons
- Activated the first Federal Administrative Maximum Security facility for the FBOP.
- Worked with facility Department Heads to establish institution policies and procedures.
- Established all Unit Management/Case Management policies and procedures.
- Monitored all Unit management/Case Management activities regarding inmates.
- Worked directly with Associate Wardens regarding inmate movement within /outside institution.
- Established inmate work program, responsible for monitoring and payment of inmates performing work at the ADX.
- Provided staff training
- One of two appointed Public Information Officers.

1992 – 1994 - Case Management Coordinator (CMC), United States Low Security Correctional Institution (LSCI) – Allenwood, Pennsylvania, United States Department of Justice, Federal Bureau of Prisons
- Activated the first Low Security institution within a complex.
- Worked with facility Department Heads to establish institutional policies and procedures.
- Established all unit management/case management policies and procedures.
- Monitored all unit management/case management activities regarding inmates.
- Established inmate work program, responsible for payment of inmates.

- Coordinated with complex CMCs regarding movement of inmates outside of the respective facilities,
- Performed case management/ unit management staff training and facility internal audits.

1990 – 1992 - Case Manager, United States Federal Correctional Institution (FCI) – Oakdale, Louisiana
- Responsible for a caseload of approximately 180 inmates, assessed and recommended inmate programing, prepared parole documents, attended parole hearings, performed disciplinary hearings,
- Prepared release paperwork and recommended community corrections (halfway house) time.
- Prepared Deportation Hearing paperwork for the Immigration and Naturalization Service.
- Served as Alternate Case Management Coordinator.

1979-1992 - Juvenile Probation Officer, Calcasieu Parish Juvenile Probation & Parole Officer, State of LA, Louisiana Juvenile Probation
- Facilitated juvenile programs in the community, conducted intake, prepared court documents, attended court hearings.
- Made recommendations to the court regarding adjudication, conducted home visits, conducted school visits.
- Transported juveniles after commitment to Juvenile Hall and/ or Training Institutions

# ATTACHMENT I
## ATTACH PROCUREMENT DOCUMENTATION

### Check One

<u>XXX</u>       **Professional Service Determination** (Purchasing Issues)

—————       **Sole Source Determination** (Purchasing Issues)

—————       **Written Quotes** (Department Provides)

—————       **RFP #** (See Page 1 Section I)

—————       **Bid #** (See Page 1, Section I)

—————       **Other**

Procurement Code [Section 13-1-1 to 13-1-99 NMSA 1978]
**Professional Services Determination**
**Issued by The State Purchasing Division and Contract Review Bureau**

**April 25, 2007**

---

**Professional Services vs. Services [Section 13-1-76 & 87, NMSA 1978]**

**13-1-76. Definition; Professional Services.**
"Professional services" means the services of architects, archeologists, engineers, surveyors, landscape architects, medical arts practitioners, scientists, management and systems analysts, certified public accountants, registered public accountants, lawyers, psychologists, planners, researchers, construction managers and other persons or businesses providing similar professional services, which may be designated as such by a determination issued by the state purchasing agent or a central purchasing office.

**13-1-87. Definition; Services**
"Services" means the furnishing of labor, time, or effort by a contractor not involving the delivery of a specific end product other than reports and other materials which are merely incidental to the required performance. "Services" includes the furnishing of insurance but does not include construction or the services of employees of a state agency or a local public body.

**Notes:**

1.  The following list of Examples of Professional Services constitutes a determination by the State Purchasing Agent (SPA) that such examples are "professional services" within the meaning of the definition set forth in Section 13-1-76 NMSA 1978. This determination is issued to guide agencies in their procurements and budget preparation.

2.  An agency may feel that, because of the case-specific facts, a service listed under "Examples of Services" should, in a particular case, be considered a "Professional Service" or that a service listed under "Examples of Professional Services" should, in a particular case, be considered a "Service". In either event, the agency should, prior to the procurement, seek a fact-specific determination from the SPA concerning the correct classification of the service in the particular case.

3.  If an agency intends to procure a service that is not included in either list "Examples of Professional Services" or "Examples of Services", that agency must obtain a determination from the SPA prior to the procurement.

| Characteristics of  Professional Services | Characteristics of  Services |
|---|---|
| • Services are professional or technical in nature and meet more specialized needs.  Work is predominantly intellectual and varied. <br><br> • Work is independent from the day-to-day control of the agency; consultant maintains control of work methods. <br><br> • Work requires regular exercise of judgment, discretion, and decision-making; involves providing advice, opinions or recommendations; may have policy-implications for agency; often addresses management-level issues. <br><br> • May require advanced or specialized knowledge, or expertise gained over an extensive period of time in a specialized field of experience. <br><br> • Work may be original and creative in character in a recognized field of endeavor, the result of which may depend primarily on the individual's invention, imagination or talent. | • Services are more repetitive, routine or mechanical in nature, following established or standardized procedures as contrasted with customary and regular exercise of discretion or independent judgment. <br><br> • Services contribute to the day-to-day business operations of the agency, rather than the management or policy side of the agency, and may meet more general needs of the agency. <br><br> • Services generally involving completion of an assigned task, rather than an entire project. <br><br> • Decision-making and analysis, if required, is more routine or perfunctory in nature. |

*Issued on April 25, 2007*

**Procurement Code [Section 13-1-1 to 13-1-99 NMSA 1978]**
**Professional Services Determination**
**Issued by The State Purchasing Division and Contract Review Bureau**

**April 25, 2007**

| Examples of Professional Services | Examples of Services |
|---|---|
| • Accountants* (certified public accountants and registered public accountants)<br>• Actuaries<br>• Analysts of processes, programs, fiscal impact and compliance<br>• Appraisers<br>• Archeologists*<br>• Architects*<br>• Art work, original (services creating the art work)<br>• Audio/video media productions (design, development and/or oversight of)<br>• Auditors<br>• Business process re-engineering<br>• Construction Managers*<br>• Counselors<br>• Curriculum/Examination development<br>• Economists<br>• Engineers*<br>• Financial Advisors<br>• Graphic designers (creative or original in nature)<br>• Insurance Adjusters<br>• Investigators (personnel related, etc.)<br>• Investment advisors and management<br>• Labor negotiators<br>• Landscape Architects*<br>• Lawyers*<br>• Lobbyists<br>• Management and system analysts*<br>• Management consultants<br>• Marketing consultants (including identifying market opportunities, conduct of marketing programs, planning, promotion, market research surveys, etc)<br>• Medical arts practitioners*<br>• Planners*<br>• Policy Advisors<br>• Program/Project Managers<br>• Psychologists*<br>• Public relations advisors/Publicists<br>• Publication development (creation of audio/video productions, brochures, pamphlets, maps, signs, posters, annual reports, etc.)<br>• Researchers*<br>• Scientists* (Bio/Chem/Env/Geo/Hydro/Mech, etc)<br>• Speech writers<br>• Statisticians | • Air/bus, vehicle charter/rental service<br>• Auctioneers<br>• Banking Services (routine, transaction based)<br>• Boiler testing/water treatment service<br>• Bookkeeping service (routine, transaction based)<br>• Building alarm systems, service and repair<br>• Check collection service<br>• Clothing, textile fabrication repair service<br>• Commercial laundry service, dry cleaning, etc.<br>• Communications systems installation, servicing and repair<br>• Conference and trade show coordination<br>• Debt collection service<br>• Delivery/courier service<br>• Document storage, duplication, retrieval, review and destruction service<br>• Drug testing and screening (standard tests)<br>• Engraving service<br>• Environmental monitoring: noise level, safety, hazardous gas detection, radiation monitoring service, etc. (using standardized processes)<br>• Equipment installation, preventive maintenance, inspection, calibration and repair<br>• Equipment rental services<br>• Exams administration and scoring service<br>• Executive recruitment<br>• Firefighting/suppression service<br>• Food preparation, vending and catering services<br>• Grant writing<br>• Health screening, basic diagnostic (wellness, blood pressure monitoring, blood draw, etc.)<br>• Herbicide application service<br>• Household goods packing, storage, transportation service<br>• HVAC system maintenance service<br>• Interpretive services: written/oral/sign language<br>• Inventory service<br>• Janitorial service, carpet cleaning, window washing<br>• Laboratory testing and analysis (standard tests only)<br>• Land clearing/debris removal service<br>• Landscaping--tree planting, grooming service, lawn mowing, etc.<br>• Language translation service<br>• Linen rental service<br>• Marine equipment inspection, certification and repair<br>• Medical equipment rental or repair service (wheel |

*Issued on April 25, 2007*

* Specifically identified in the Procurement Code Section 1-13-76 NMSA 1978

**Procurement Code [Section 13-1-1 to 13-1-99 NMSA 1978]**
**Professional Services Determination**
**Issued by The State Purchasing Division and Contract Review Bureau**

**April 25, 2007**

| Examples of  Professional Services | Examples of   Services |
|---|---|
| - Surveyors[*]<br>- Trade developers<br>- Training – when it is:  (a) offered to specific categories or classes of employees; (b) offered to all or most agency employees six times or less in a fiscal year | chairs, walkers, etc.)  Includes measurements, adjustments and modifications to meet patient needs<br>- Metal/pipe/wiring detection service<br>- Office furnishings installation, refurbishment and repair service<br>- Package inspection and crating<br>- Painting service<br>- Paper shredding<br>- Parking lot sweeping/snow removal service<br>- Pest/weed control service<br>- Photographic/micrographic processing and delivering, includes aerial and ground photography (if analysis is included, then personal service)<br>- Printing/duplicating service<br>- Process serving<br>- Property management (rent collection, property maintenance, etc.)<br>- Recycling/disposal/litter pickup service<br>- Retreat and workshop planning, conduct, coordination, etc.<br>- Security/armored car services<br>- Shop welding/metal fabrication service<br>- Steam cleaning, high pressure washing, parts cleaning service<br>- Studio photography service (does not include portrait painting)<br>- Telephone interview service (conduct of survey using prescribed survey instrument)<br>- Towing service<br>- Training – when it is offered on a recurring basis (more than six times per fiscal year) to all or most employees.  Also includes existing satellite down-link courses and teleconferencing training services<br>- Travel service — air, surface, water<br>- Vehicle inspection, lubricating and repair services<br>- Videotaping and recording service<br>- Warehouse dry/cold storage rental service<br>- Weather information service |

* Specifically identified in the Procurement Code Section 1-13-76 NMSA 1978

*Issued on April 25, 2007*

* Specifically identified in the Procurement Code Section 1-13-76 NMSA 1978

# ATTACHMENT J - OTHER

**Proposal and Fee Schedule submitted December 8, 2015 with exceptions.**



# GLOBAL CORRECTIONS GROUP, LLC
# PROFESSIONAL MANAGEMENT
# CONSULTING SERVICES
# PROPOSAL
*for the*
# DONA ANA DETENTION CENTER

October 28, 2015

Submitted to:

Ms. Julia Brown, Esq., County Manager

Dona Ana County, New Mexico

www.GlobalCorrections.com

One Sun Plaza
100 Sun Avenue, N.E., Suite #650
Albuquerque, New Mexico 87109

Office (505) 835-6720

www.GlobalCorrectionsGroup.com

Fax (505) 835-6501

1



## Table of Contents

Cover Letter..................................................... Separate cover

Executive Summary......................................................3

Evaluation & Application Standards................................3

Sources Used During Review......................................... 4

Pre-Certification Process.............................................5

Company Capabilities.................................................6

Owner Biographies....................................................7

Pricing /Disbursement.................................................8

Deliverables............................................................ 8

Piggyback Statute......................................................8

Summary..............................................................8

Comparative Pricing....................................................9

Client References.......................................................11

## EXECUTIVE SUMMARY

Global Corrections Group, LLC has over 100 years of knowledge and expertise directing, managing and ensuring the Constitutional compliance of numerous Federal, State and County facilities throughout the United States. This valuable experience enables our team's ability to provide the highest quality of professional service to any type of jail or detention facility.

Our teams are comprised of recognized Subject Matter Experts (SME's) from National Standards developers, former American Correctional Association (ACA) professionals, Wardens, Chiefs of Security, former Offices of Federal Detention, Immigration, Homeland Security, and Emergency Preparedness professionals.

Global Corrections Group, LLC will draw from our extensive professional experience and provide you with the highest quality of professional support to ensure your facility complies with the required federal standards in the support of your Agency's mission.

## EVALUATION & APPLICATION OF FEDERAL DETENTION STANDARDS

The leadership of Global Corrections Group (G.C.G.) brings a wealth of experience in managing thousands of Federal prisoners. Experienced as managers, auditors and overseers of agency accreditations of existing correctional facilities, Global Corrections Group incorporates the expertise of its Subject Matter Experts who have successfully completed careers in Federal, State, and County Detention management to ensure the highest level of professional expertise to assist clients.

## SOURCES USED TO COMPLETE THE FACILITY REVIEW

Global Corrections Group will use, as the foundational standard, the Federal Performance Based Detention Standards, dated April, 2014. The Federal Performance Based Detention Standards is based on the American Correctional Association Standards and is designed to establish the performance level required by the government to meet the federal detention contract requirements (Federal Acquisition Regulation, Part 46).   These areas of compliance review include:

1. Administration & Management
    a. Policies and Procedures
    b. Quality Control
    c. Detainee Records
    d. Facility Admission and Orientation Program
    e. Detainee Property
    f. Detainee Transfers and Releases
    g. Staffing
    h. Staff Training
    i. Emergency Plans

3

2.  Health Care
    a.  Health Care Administration
    b.  Intake Health Screening
    c.  Medical, Mental Health, and Dental
    d.  Access to Health Care
    e.  Provision of Health Care
    f.  Incident Health Care

3.  Security & Control
    a.  Correctional Supervision
    b.  Detainee Accountability
    c.  Control of Contraband
    d.  Use of Force/Non-Routine Application of Restraints
    e.  Weapons Control
    f.  Keys, Tools and Medical Equipment
    g.  Post Orders
    h.  Detainee Discipline
    i.  Special Housing Units

4.  Food Service
    a.  Food Administration
    b.  Food Service Employees/Work Health
    c.  Food Storage and Preparation
    d.  Equipment, Utensils and Linens
    e.  Detainee Meals and Special Diets

5.  Safety & Sanitation
    a.  Fire Safety and Chemical Control
    b.  Sanitation and Environment Control
    c.  Clothing and Bedding
    d.  Detainee Hygiene
    e.  Facility Physical Plant

6.  Services and Programs
    a.  Classification and Housing
    b.  Access to Courts and Legal Materials
    c.  Mail
    d.  Telephones
    e.  Religious Programs
    f.  Recreation
    g.  Visitation
    h.  Work Programs
    i.  Grievances

7. Suicide Review
    a. Incident Facts
    b. Screening and Health Status
    c. Assessment
    d. Prevention
    e. Emergency Planning
    f. Surveillance

8. Prison Rape Elimination Act
    a. Enforcement of Federal Code of Regulations
    b. Zero Tolerance, Leadership, Safety
    c. Oversight, Transparency
    d. Annual Certification and Detainee Safety
    e. Cross Gender Restrictions
    f. Monitoring Technology
    g. Sexual Assault Response, Agency Reporting
    h. Training, Notification, Protection
    i. Other Miscellaneous, Relevant Matters

## PRE-CERTIFICATION PROCESS

The Global Corrections Group prides itself on utilizing the Detention Pre-Certification model. This model consists of three (3) phases that involve Facility Needs/ Risk Assessment, Pre-Certification and After-Care. Dona Ana County is only requesting Phase 1 of the three (3) phases at this time.

**PHASE I** – Facility Review Needs Assessment: Consists of sending a highly qualified team of industry experts to provide a facility needs assessment based on a comprehensive review of operational procedures, physical plant opportunities, State and Federal standards for jail and detention operations. Upon completion, the Team provides the Administration a detailed report which outlines their findings with recommendations.

## Auditor Team Members:

1. Project Manager (PM)

2. Subject Matter Expert Trainer (SME) - Security

3. Subject Matter Expert Trainer (SME) - Food Service

4. Subject Matter Expert Trainer (SME) - Medical

5. Subject Matter Expert Trainer (SME) – Safety

6. Subject Matter Expert Trainer (SME)- Suicide/PREA

5

**PHASE II** - Pre-Certification *(Description listed but not part of this proposal for services)*:
A second team will be deployed to the site to work in partnership with facility staff to implement policies, procedures, and best practices, which should resolve the deficiencies outlined in the initial report.   Their activities will involve the development of facility specific 'Action Plans and Tracking System **Scorecards©**' to identify, monitor and track corrective actions. Once the majority of the deficiencies are reconciled or identified for appropriate funding/follow-up, this phase is completed.

**PHASE III** – After Care Action *(Description listed but not part of this proposal for services)*:
The Project Manager will travel to the site and work with the Administration to verify the resolution of actionable items listed in the initial report.

## COMPANY HISTORY & CAPABILITIES

Global Corrections Group, LLC is a Small, Minority, and Veteran owned business located in Raleigh, North Carolina with field offices in Albuquerque, New Mexico.   Mr. Emery W. Morris and Mr. Danieray Johnsen, retired professionals from the Bureau of Prisons, and Ms. Leslie Speidel, combine for several decades of Corrections/Detention, Human Resources Management, Training and Marketing excellence.  To this end, Global Corrections Group, LLC provides the highest quality of corrections and detention management consulting services to ensure prisoners are housed in corrections and detention centers that are cost effective, safe, secure and humane for the lawful confinement of prisoners.

Services include, but are not limited to:

1. Administration
2. After Action Investigation/Review (AAI or AAR)
3. Civil Rights & Liberties investigations
4. Correctional/Detention Training
5. Disturbance Control Team Training
6. Emergency Plan Development
7. Executive Staff Mentoring
8. Facility Activation Management
9. Federal Compliance & Standards
10. Food Services
11. Health Care Training
12. High Risk Inmate Transportation Training
13. Human Capital Resources
14. Post Order Development
15. Prison Rape Elimination Act Compliance (PREA)
16. Quality Assurance Reviews & Compliance (QAR)
17. Risk and Needs Assessments
18. Safety Training
19. Security and Operational Controls
20. Security Design Analysis
21. Special Operations Response Team Training (SORT)
22. Staff Development
23. Strategic Planning

6

Global Corrections Group, LLC offers several additional, unique programs for corrections/detention facilities:

1. After Action Reviews/Serious Incident Investigations
2. Compliance Monitoring
3. Detention Pre-Certification Services
4. Prison safety, security inspection for new construction, design and renovation.
5. Support in Executive level communications and correspondence
6. Monitoring and optimizing detention standards

## LEADERSHIP

**Mr. Emery W. Morris** has an extensive and broad background with over thirty-five (35) years of experience in the correctional field. In his twenty-eight (28) year period at the Federal Bureau of Prisons, Mr. Morris held positions of Lieutenant, Captain, Associate Warden, and Warden at three (3) B.O.P. facilities. Mr. Morris has experience in private sector corrections where he also served as a Warden at three (3) detention facilities. Mr. Morris has experience in auditing, financial and personnel management, accreditation and regulatory compliance.

Mr. Morris also has experience in achieving ACA Accreditation in facilities where he served as Warden. Additionally, Mr. Morris is skilled and experienced in sustaining policy and optimum operational standards of special housing units within correctional facilities. Mr. Morris holds a Bachelor's Degree in Sociology from the University of Arkansas (Pine Bluff). Mr. Morris has received numerous awards throughout his career, including the "Excellence in Prison Management" and served as a member of the Senior Executive Service of the United States.

**Mr. Danieray Johnsen** draws from over thirty-two (32) years of Criminal Justice training and experience. Mr. Johnsen has extensive experience in the activation processes of three (3) new large Federal Penitentiaries as well as the operational necessities for the orderly operations of existing correctional institutions. Mr. Johnsen has extensive knowledge in ACA Facility Accreditations, audits, compliance, post order development, emergency preparedness, anti-terrorism, special operations, training, special investigations, corrections, and law enforcement.

Mr. Johnsen has also spent several years as a sub-contractor (Security Subject Matter Expert) for the Office of the Federal Detention Trustee to conduct Quality Assurance Review (QAR) audits of private jails and Intergovernmental Agencies (IGA's) throughout the United States. Mr. Johnsen holds a Bachelor's Degree in Criminal Justice from Troy State University.

**Ms. Leslie Speidel** is a highly experienced and skilled communications professional with an extensive background in Behavioral Change Communications and initiatives and marketing to at-risk and priority populations.

As owner of Goddin Media, Leslie Speidel has over twenty-eight (28) years of experience in analytical compliance in Federal, State and local contracts. Ms. Speidel has compiled action plans for clinical trials, North Carolina Health Care Reform television campaigns and State and local government public

education campaigns. In addition to her marketing expertise, Ms. Speidel has worked with corrections professionals in achieving Detention compliance initiatives.

Ms. Speidel was an Adjunct Professor at Duke University and graduated from the University of Florida with a Bachelor's Degree in Advertising.

## NEW MEXICO's PIGGYBACK STATUTE

> "WHEREAS, the County has need of Professional Consulting Services, and which may be attached by the N.M.S.A., also known as a 'piggyback' statute, attached hereto as Exhibit A (**STATUTORY AUTHORITY:** NMSA 1978, 9-17-5, Laws of 1983, Chapter 301, Section 5; and 13-1-95, Laws of 1984, Chapter 65, Section 68 (Repl. Pamp. 1997). See Section **1.4.1.65 PROCUREMENT UNDER EXISTING CONTRACTS AUTHORIZED:**
> (Retrieved from http://www.nmcpr.state.nm.us/nmac/parts/title01/01.004.0001.htm - 9/16/2014) and WHEREAS, the County desires to engage the Contractor to render certain services in connection therewith, and the contractor is willing to provide such services."

## PRICING

The base pricing for the Phase I Facility Review/Needs Assessment proposal is $49,000 plus applicable New Mexico gross receipts tax and government per diem rate(s) for travel, housing and meals for each Reviewer on the Team.   (See comparison pricing below.)

## PAYMENT DISBURSEMENT:

- When the Agreement is signed, 25% of payment & applicable NM gross receipts tax & SME's travel expenses to be delivered to the Contractor within five (5) business days of signing.
- Final payment to be delivered within ten (10) days of receipt of the Final Facility Review & Needs Assessment Report.

## DELIVERABLES

The deliverables include a comprehensive document outlining Facility Review findings and Needs Assessments detailing compliance violations, which violate Federal Standards, Rules and Code of Federal Regulations for the safe secure, humane, and cost effective confinement of Federal prisoners.

## SUMMARY

Combining the company's knowledge, skills, and competencies allows the Global Corrections Group to provide full-service Detention Management services for every Client Agency. Global Corrections Group

commits to providing the highest quality technical assistance to local Detention Facilities in preparation to achieve the compliance requirements for the safe, humane and lawful confinement of Federal prisoners.



## COMPARATIVE/COMPETITIVE PRICING:

| Global Corrections Group | vs. | Competitors |
|---|---|---|
| **Assigned Staffing** | | **Assigned Staffing** |
| • Team Leader | | Team Leader |
| • Safety | | Safety |
| • Security | | Security |
| • Health Service | | Health Service |
| • Food Service | | Food Service |
| • PREA/Suicide Prevention | | |

| Global Corrections Group | vs. | Competitors |
|---|---|---|
| **Days on Site** | | **Days on Site** |
| • Monday – Friday | | Tuesday-Thursday |
| • 4 ½ Days On Site | | 3-Days On Site |

| Global Corrections Group | vs. | Competitors |
|---|---|---|
| **Pricing** | | **Pricing** |
| • 10% -15% Less | | 10% -15% More |



## CLIENT REFERENCES

1. **CUSTOMER NAME:**  **Sandoval County Detention Center**

   NAME OF CONTACT:  Alfred Casamento, Warden
   CITY/STATE:       Rio Rancho, New Mexico
   PHONE:            (505)-362-2882
   FAX NO.:          (505) 867-3534
   E-MAIL:           acasamento@sandovalcountynm.gov

2. **CUSTOMER NAME:**  **Sandoval County Commission**

   NAME OF CONTACT:  Phillip Rios, County Manager
   CITY/STATE:       Rio Rancho, New Mexico
   PHONE:            (505) 220-1400
   FAX NO:           (505) 867-7538
   E-MAIL:           prios@sandovalcountynm.gov

3. **CUSTOMER NAME:**  **Cibola County Detention Center**

   NAME OF CONTACT:  Michael Dodds, Warden
   CITY/STATE:       Cibola County/New Mexico
   PHONE:            (505) 240-9691 or (505) 287-6940
   FAX NO:           (505) 285-5434
   E-MAIL:           mdodds@co.cibola.nm.us

4. **CUSTOMER NAME:**  **Cibola County Commission**

   NAME OF CONTACT:  Bob Gallagher, County Manager
   CITY/STATE:       Cibola/ New Mexico
   PHONE:            (505) 660-9009
   FAX NO:           (505) 896-1139
   E-MAIL:           bobgallagher93@yahoo.com

5. **CUSTOMER NAME:**  **U.S. Marshals' Service**

   NAME OF CONTACT:  Lasha Boyden, Detention Supervisor
   CITY/STATE:       Albuquerque, New Mexico
   PHONE:            (505)-259-5738
   FAX NO:           (505)-346-6417
   E-MAIL:           lasha.boyden@gmail.com

10

6. **CUSTOMER NAME:**      **Sandoval County Detention Center Deputy Warden**

   NAME OF CONTACT:   Joe Sprunk, Deputy Warden
   CITY/STATE:        Bernalillo, New Mexico
   PHONE:             (505) 814-8070
   FAX NO:            (505) 867-3534
   E-MAIL:            jsprunk@sandovalcountynm.gov

7. **CUSTOMER NAME:**      **Sandoval County Detention Center Quality Control & After Action Investigator**
   NAME OF CONTACT:   Brett Bruener, Compliance Manager
   CITY/STATE:        Bernalillo, New Mexico
   PHONE:             (505) 414-6058
   FAX NO:            (505) 867-3534
   E-MAIL:            bbruner@sandovalcountynm.gov

8. **CUSTOMER NAME:**      **Sandoval County Detention Center Chief of Security**

   NAME OF CONTACT:   Chris Urbanic, Chief
   CITY/STATE:        Bernalillo, New Mexico
   PHONE:             (505) 934-3735
   FAX NO:            (505) 867-3534
   E-MAIL:            curbanic@sandovalcountynm.gov

9. **CUSTOMER NAME:**      **President, New Mexico Affiliate of Counties**

   NAME OF CONTACT:   Matthew Elwell, Warden, Luna County Detention Center
   CITY/STATE:        Deming, New Mexico
   PHONE:             (575) 545-1060
   FAX NO:            (575) 544-7272
   E-MAIL:            matthew_elwell@lunacountynm.us

# GLOBAL CORRECTIONS GROUP LLC
## Facility Needs/Risk Assessment
### Fee, Logistics, & Gross Receipts Tax

| DEPLOYMENT TEAM COSTS | Monday | Tuesday | Wednesday | Thursday | Friday | Total Hours | Hourly | Total |
|---|---|---|---|---|---|---|---|---|
| Senior Project Manager | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 | 15.00 | $143.83 | $2,157.45 |
| Project Manager | 8.0 | 8.0 | 8.0 | 8.0 | 8.0 | 40.00 | $130.87 | $5,234.80 |
| Compliance Manager | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 10.00 | $130.87 | $1,308.70 |
| Subject Matter Expert-Medical | 8.0 | 8.0 | 8.0 | 8.0 | 8.0 | 40.00 | $131.54 | $5,261.60 |
| Subject Matter Expert-Food Service | 8.0 | 8.0 | 8.0 | 8.0 | 8.0 | 40.00 | $131.54 | $5,261.60 |
| Subject Matter Expert-Safety | 8.0 | 8.0 | 8.0 | 8.0 | 8.0 | 40.00 | $131.54 | $5,261.60 |
| Subject Matter Expert-Security | 8.0 | 8.0 | 8.0 | 8.0 | 8.0 | 40.00 | $131.54 | $5,261.60 |
| Subject Matter Expert-Prison Rape Elimination (PREA) | 8.0 | 8.0 | 8.0 | 8.0 | 8.0 | 40.00 | $131.54 | $5,261.60 |
| Subject Matter Expert-Facilities | 8.0 | 8.0 | 8.0 | 8.0 | 8.0 | 40.00 | $131.54 | $5,261.60 |
| Contract Monitoring Officer | 0.0 | 4.00 | | | | 4.00 | $131.54 | $526.16 |
| Office Administrative Assistant | 0.0 | 1.00 | 1.00 | 1.00 | 1.00 | 4.00 | $89.41 | $357.64 |
| Accountant | 0.0 | 3.00 | 3.00 | 3.00 | 3.00 | 12.00 | $40.33 | $483.96 |
| Logistics Specialist | 0.0 | 5.00 | 2.00 | | | 4.00 | $130.55 | $522.20 |
| | | | | | | | $17.44 | $ - |
| Para-Legal Office Administrator | 2.0 | 2.00 | 2.00 | 2.00 | 2.00 | 10.00 | $47.06 | $470.60 |
| | | 72.00 | 61.00 | 59.00 | 59.00 | 299.00 | | |

| LOGISTICS | | | |
|---|---|---|---|
| Air Travel | $ | 3,856.00 | $ 37,369.51 |
| Hotel ($125 @ 31 Nights) | $ | 4,500.00 | |
| Vehicle Rental+Fuel | $ | 700.00 | |
| Meal/Gov. $54.00 per day | $ | 2,268.00 | |
| Misc. Airport Park, Fuel, Documents etc. | $ | 400.00 | |
| Total Logistical Costs (Included in price) | $ | 11,724.00 | |

**Cost of Services**  $ 37,369.51

**Gross Receipts Tax Dona Ana County**  7.8125%  $ 37,369.51

| | |
|---|---|
| $ | 49,093.51 |
| | 3835.43 |