IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ERIK KHAN,**

    **Plaintiff,**

vs.                                                            **No. 15-cv-1151 MV/SMV**

**CHRIS BARELA, ELVA BRIGHT,**
**GORDON DEVEREAUX, BILL STICKLES,**
**FNU BEAM, JUSTIN PORTER,**
**VICKI HOOSER, CHERYL ROACH,**
**JASON DURAN, TAMMY RUSH, and**
**DOÑA ANA COUNTY,**

    **Defendants.**

## ORDER GRANTING MOTION TO STAY PROCEEDINGS

THIS MATTER is before the Court on Plaintiff Eric Khan's Motion to Stay Proceedings [Doc. 53], filed June 27, 2016. Khan has notified the Court that he is to be transferred within the Bureau of Prisons and will be unable to provide the Court with a new address until the transfer is complete. Khan requests a sixty (60) day stay of proceedings to allow the transfer to be completed and for Khan to notify the Court of his new address. The Court will grant Khan's Motion. Khan is notified that, if he fails to provide the Court with his new address or to show cause why additional time is necessary for him to provide a new address, the Court may dismiss this action without further notice.

IT IS ORDERED that the proceedings in this case are stayed for a period of sixty (60) days to allow for Khan's transfer within the Bureau of Prisons. IT IS FURTHER ORDERED that Khan notify the Court within sixty (60) days of his new address or show cause for a further extension of time to provide his new address.

_____
**STEPHAN M. VIDMAR**
**UNITED STATES MAGISTRATE JUDGE**