## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**ERIK KHAN,**

    **Plaintiff,**

  v.                                                      No. 15-cv-1151 MV/SMV

**CHRIS BARELA, ELVA BRIGHT,**
**GORDON DEVEREAUX, BILL STICKLES,**
**FNU BEAM, JUSTIN PORTER,**
**VICKI HOOSER, CHERYL ROACH,**
**JASON DURAN, TAMMY RUSH, and**
**DOÑA ANA COUNTY,**

    **Defendants.**

## ORDER DENYING SECOND MOTION TO STAY PROCEEDINGS

THIS MATTER is before the Court on Plaintiff Eric Khan's Second Motion to Stay Proceedings [Doc. 64], filed August 22, 2016. The Court will deny Plaintiff an additional extension of time.

Plaintiff filed his first Motion to Stay Proceedings on June 27, 2016. [Doc. 53]. The Court granted him a 60-day stay to allow him to complete a transfer within the Bureau of Prisons and to provide the Court with a new address. The Court also notified Khan that, if he failed to provide the Court with his new address or to show cause why additional time was necessary for him to provide a new address, this action might be dismissed. [Doc. 57]. Plaintiff's Second Motion to Stay Proceedings [Doc. 64] seeks to stay the proceedings for an additional six months. However, although requesting additional time, Plaintiff fails to show any good cause why he is unable to continue to prosecute this action due to the transfer. *See* [Doc. 63].

2

**IT IS ORDERED** that Plaintiff Eric Khan's Second Motion to Stay Proceedings filed August 22, 2016 [Doc. 64] is **DENIED**, and the stay of proceedings previously ordered by the Court is lifted.  **IT IS FURTHER ORDERED** that the Clerk is **DIRECTED** to mail a copy of this Order to Plaintiff at his address of record and also at Fort Dix FCI, where Plaintiff is currently located according to the Bureau of Prisons Inmate Locator.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**