IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ERIK KHAN,**

    **Plaintiff,**

**v.**                                                      **No. 15-cv-1151 MV/SMV**

**CHRIS BARELA, BOARD OF COUNTY**
**COMMISSIONERS OF DOÑA ANA COUNTY,**
**ARAMARK CORPORATION,**
**BILL STICKLES, and DAVID BEAM,**

    **Defendants.**[1]

## ORDER TO RE-ISSUE NOTICE AND WAIVER-OF-SERVICE FORM
## AS TO DEFENDANT ARAMARK

THIS MATTER is before the Court on Plaintiff's Motion for Order Directing United States Marshals Service to Effect Formal Service on Defendant Aramark [Doc. 117], filed July 24, 2020. On May 1, 2020, this Court directed that notice, the waiver-of-service form, and the Third Amended Complaint [Doc. 100] be mailed to Defendant Aramark. [Doc. 99]. Because more than 60 days have passed and Defendant Aramark has not waived service, Plaintiff requests that personal service be attempted by the Marshals Service. [Doc. 117] at 1 (citing 28 U.S.C. § 1915(d)). However, in his Motion, Plaintiff provides a new address for Defendant Aramark that he has not provided before:

    Aramark Correctional Services
    CT Corporation Systems
    206 S. Coronado Ave
    Española   NM 87532-2792

---

[1] This caption reflects the Defendants listed in the Third Amended Complaint, except that Plaintiff has also substituted Defendant David Beam or the John Doe Defendant. [Docs. 100, 109].

Previously, Plaintiff provided that Aramark should be served in care of the Doña Ana County Detention Center in Las Cruces, [Doc. 77] at 21, and the waiver-of-service form was sent to that address.  *See id.*  Because Plaintiff now provides a new address, it is appropriate to send the waiver-of-service request to that new address before ordering personal service.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion for Order Directing United States Marshals Service to Effect Formal Service on Defendant Aramark [Doc. 117] is **GRANTED IN PART and DENIED IN PART**.

The Motion is **GRANTED** to the extent that the Clerk should re-issue the notice and waiver-of-service form, and send them, along with a copy of the Third Amended Complaint [Doc. 100], to:

> Aramark Correctional Services
> CT Corporation Systems
> 206 S. Coronado Ave
> Española   NM 87532-2792

The Motion is **DENIED** to the extent that it seeks personal service.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**