IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ERIK KHAN,

        Plaintiff,

vs.                                No. CV 15-01151 MV/SMV

CHRIS BARELA, BOARD OF COUNTY COMMISSIONERS
OF DONA ANA COUNTY, ARAMARK CORPORATION,
CORIZON MEDICAL SERVICES, ELVA BRIGHT,
BILL STICKLES, JOHN DOE (BEAM),
JASON DURAN, and TAMMY RUSH,

        Defendants.

## MEMORANDUM OPINION AND ORDER

THIS MATTER comes before the Court on Plaintiff's *pro se* Motion to Dismiss Action Against David Beam and Bill Stickles [Doc. 130]. Neither Beam nor Stickles has filed a response in opposition to the Motion. The Court finds that the Motion is well-taken and shall be granted.

IT IS THEREFORE ORDERED as follows:

(1) This action is dismissed with prejudice as against David Beam and Bill Stickles pursuant to Rule 41(a) of the Federal Rules of Civil Procedure;

(2) Defendants David Beam and Bill Stickles' Rule 12(b)(1) and Rule 12(b)(6) Motion to Dismiss Plaintiff's Third Amended Complaint [Doc. 112] is found as moot; and

(3) The Clerk of this Court shall terminate Beam and Stickles from this action.

                                                    _____
                                                    HONORABLE MARTHA VÁZQUEZ
                                                    UNITED STATES DISTRICT JUDGE