# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**ERIK KHAN,**

    Plaintiff,

v.                                                                   No. 15-cv-1151 MV/SMV

**CHRIS BARELA, BOARD OF COUNTY**
**COMMISSIONERS OF DOÑA ANA COUNTY,**
**ARAMARK CORPORATION,**
**BILL STICKLES, and DAVID BEAM,**

    Defendants.[1]

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION AND DENYING DEFENDANT ARAMARK'S MOTION TO DISMISS

THIS MATTER is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition ("PF&RD") [Doc. 136], filed on January 12, 2021. On reference by the undersigned, [Doc. 13], the Honorable Stephan M. Vidmar, United States Magistrate Judge, recommended that Defendant Aramark's Motion to Dismiss [Doc. 123] be denied, and notified the parties of their right to object within 14 days of the recommendation. No party has objected to the PF&RD, and the 14-day objection deadline has passed.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Magistrate Judge's Proposed Findings and Recommended Disposition [Doc. 136] are **ADOPTED**.

---

[1] This caption reflects the Defendants listed in the Third Amended Complaint, except that Plaintiff substituted Defendant David Beam for the John Doe Defendant on June 24, 2020. [Docs. 100, 109]. Moreover, Defendants Bill Stickles and David Beam were dismissed as parties on November 6, 2020. [Doc. 133]. Finally, in its Motion to Dismiss, Defendant Aramark states that its proper name is "Aramark Correctional Services, LLC." [Doc. 123].

**IT IS FURTHER ORDERED** that Defendant Aramark's Motion to Dismiss [Doc. 123] is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant Aramark file a responsive pleading within 14 days of the issuance of this Order. *See* Fed. R. Civ. P. 12(a)(4)(A).

**IT IS SO ORDERED.**

_____
**MARTHA VÁZQUEZ**
**United States District Judge**