IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ERIK KHAN,**

    **Plaintiff,**

**v.**                                                             **No. 15-cv-1151 MV/SMV**

**CHRIS BARELA, BOARD OF COUNTY**
**COMMISSIONERS OF DOÑA ANA COUNTY,**
**ARAMARK CORPORATION,**
**BILL STICKLES, and DAVID BEAM,**

    **Defendants.**[1]

## ORDER SETTING STATUS CONFERENCE

**Date and time**:    February 9, 2022, at 11:30 a.m. MST

**Matter to be heard**:    Status Conference

    A telephonic Status Conference is hereby set for **February 9, 2022, at 11:30 a.m. MST**. Counsel should be prepared to discuss the status of the case. Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings.

    **IT IS SO ORDERED.**

                                                **STEPHAN M. VIDMAR**
                                                **United States Magistrate Judge**

---

[1] This caption reflects the Defendants listed in the Third Amended Complaint, except that Plaintiff substituted Defendant David Beam for the John Doe Defendant on June 24, 2020. [Docs. 100, 109]. Moreover, Defendants Bill Stickles and David Beam were dismissed as parties on November 6, 2020, [Doc. 133], and Defendant Aramark was dismissed as a party on December 9, 2021. [Doc. 160]